UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 24-MJ-122 |
| v. : | |
| : | |
| ANDREW MILLER, : | |
| : | |
| Defendant : | |

## NOTICE OF APPEARANCE

NOW COMES the United States of America, through undersigned counsel, and gives notice that undersigned counsel, Matthew Beckwith, Assistant U.S. Attorney, hereby enters his appearance on behalf of the United States.

    Respectfully submitted,
    MATTHEW M. GRAVES
    United States Attorney
    DC Bar No. 481052

    By: /s/ Matthew Beckwith
    MATTHEW BECKWITH
    DC Bar No: 90014452
    Assistant United States Attorney
    601 D Street, N.W.
    Washington, D.C. 20004
    (202) 252-7109
    Matthew.Beckwith@usdoj.gov