IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:24 MJ 6119 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | CARMEN E. HENDERSON |
| | ) | |
| ANDREW MILLER, | ) | **WAIVER AND NOTICE OF INTENT** |
| | ) | **TO PROCEED WITHOUT** |
| Defendant. | ) | **ASSISTANCE OF COUNSEL** |

The defendant, Andrew Miller, knowingly and voluntarily has chosen to represent himself in the instant and all further hearings. The decision to represent himself is made voluntarily by the Defendant without any promises, threats, or coercion by the government. Moreover, in making this decision, the Defendant understands the nature and penalties of the crimes he has been charged with by way of information. Defendant understands that if convicted, he cannot argue ineffective assistance of counsel on appeal. Finally, the Defendant is not suffering from any mental disease or disability that would render him unable to aid in his defense or understand the charges brought against him.

_____
Assistant United States Attorney

_____
Defendant *Without Prejudice*

Approved: *Carmen Henderson*
**Carmen E. Henderson**
**United States Magistrate Judge**

Date: April 9, 2024