# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:24-CR-00164 |
| Plaintiff, | : | |
| vs. | : | |
| ANDREW MILLER, | : | **NOTICE OF APPEARANCE OF** |
| | : | **ADVISORY COUNSEL FOR** |
| Defendant. | : | **PRO SE DEFENDANT** |
| | : | |

Undersigned counsel, Alvaro L. DeCola, enters a Notice of Appearance of Advisory Counsel on behalf of the Defendant, Andrew Miller, in the above-captioned case. Please add Alvaro L. DeCola to the docket as advisory counsel for Mr. Miller. Please forward all Court notifications, correspondence and pleadings to the address listed below.

    Respectfully submitted,

    STEPHEN C. NEWMAN
    Federal Public Defender
    Ohio Bar: 0051928

    */s/ Alvaro L. DeCola*
    ALVARO L. DeCOLA
    Assistant Federal Public Defender
    Ohio Bar: 0087656
    50 S. Main Street, Ste. 700
    Akron, OH 44308
    Phone 330-375-5739 Fax: 330-375-5738
    E-mail: alvaro_decola@fd.org