**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 24-cr-00164 (TSC) |
| | : | |
| **ANDREW MILLER,** | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY**
**FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide, in discovery, sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                                                                  Respectfully submitted,

                                                                  Matthew M. Graves
                                                                 United States Attorney
                                                                 D.C. Bar No. 481052

                                              By:    /s/ *Matthew Beckwith*
                                                              MATTHEW BECKWITH
                                                              DC Bar No: 90014452
                                                              Assistant United States Attorney

                                                     601 D Street, N.W.  
                                                   Washington, D.C. 20004  
                                                   202-252-7109  
                                                   Matthew.Beckwith@usdoj.gov

CERTIFICATE OF SERVICE

On this 1st day of May, 2024, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System (ECF).

                                                By:    /s/ Matthew Beckwith
                                                                MATTHEW BECKWITH

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No. 24-cr-00164 (TSC)** |
| : | |
| **ANDREW MILLER,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the United States' motion to disclose items protected by Federal Rule of Criminal Procedure 6(e) and sealed materials, it is hereby

ORDERED, that the motion is GRANTED, and it is further

ORDERED, that the United States may provide in discovery materials protected by Federal Rule of Criminal Procedure 6(e), and it is further

ORDERED, that the United States may provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery, and it is further

ORDERED, that this Order also applies to the disclosure of the materials described above to any co-defendants who may later be joined.

Date: _____

HONORABLE TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE