ANDREW M MILLER DECEDENT ESTATE
2594 U.S. 62
DUNDEE, OHIO 44624

LEAVE TO FILE
GRANTED
*Tanya S. Chutkan*
May 2, 2024

# UNITED STATES DISTRICT COURT
for the
District Of Columbia

| | | |
|---|---|---|
| UNITED STATES | ) | CASE NO. 1:24-cr-00164-TSC |
| v. | ) | |
| ANDREW M MILLER | ) | |

TO: Honorable Court and Honorable Judge

This Court MUST take Mandatory Judicial Notice of the following two Mandatory Judicial Notices herein regarding a man (hereinafter "the taken man") that was seized on April 2, 2024 from Amish Door Shoppes, located at 1108 Winesburg Street, Wilmot, Ohio 44689, around the time of 9:45 A.M.. It appears, based on the charges listed under the Case/ Cause Number 1:24-cr-00164-TSC, that he is being charged with multiple sections of Title 18 United State Codes

(U.S.C.).

## MANDATORY JUDICIAL NOTICE #1

Title 18 U.S.C. § 2 prohibits/bars the federal government from punishing any person who is not the Principal. This Court only has jurisdiction to adjudge to punishment a Principal.

> 18 U.S. Code § 2 - Principals
> (a)
> "Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal."
> (b)
> "Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal."
> (June 25, 1948, ch. 645, 62 Stat. 684; Oct. 31, 1951, ch. 655, § 17b, 65 Stat. 717.)

This Mandatory Judicial Notice serves as this Court's Legal Notice that the taken man is NOT a Principal. ANDREW M MILLER is a deceased Principal. For the Court's convenience, I have attached a copy, attached and fully incorporated herein, of the taken man's resignation as "registered agent, representative and principal" executed on or about 11/02/2023. The Court MUST take Judicial Notice. (SEE ATTACHMENT A)

## MANDATORY JUDICIAL NOTICE #2

This Court MUST take Mandatory Judicial Notice that the Plaintiff is dead/deceased and that the "Prosecutor" is acting under color of law abusing an alleged Power of

Attorney which died with the Plaintiff, the prosecutor's Principal. Both the Principal, the Plaintiff, and the prosecutor, the agent for the Principal, lack standing in this matter.

Furthermore, the prosecutor cannot allege that his/her Power of Attorney stems from his/her "constituents" for the simple reason that Your Honor is a registered voter and thus the prosecutor's constituent which would then beg the question of conflict of interest. Being that Your Honor is the prosecutor's constituent the Plaintiff would be on the bench.

Additionally, all juries are selected from the registered voters; and therefore, the jury would also be the Plaintiff. The Court cannot have the Plaintiff on the bench and in the jury as this would make a mockery of the entire judicial system.

Finally, Your Honor is not the court he/she "represents" the Court. Your Honor is acting under color of law as well with a dead Principal and Your Honor has no Power of Attorney to represent the Court, a dead Principal.

This Court MUST NOT MOVE until these SCANDALOUS issues are resolved.

WHEREFORE

This Court MUST immediately ORDER the release of the Executor of the decedent estate of Defendant, herein referred to as the taken man, because he is NOT a Principal and what has occurred is absolutely SCANDALOUS. If there are actual charges against the decedent estate this is a matter for a probate court.

## CERTIFICATION

Defendant, a deceased Principal, knows of no one that is authorized to accept service of process for the deceased Plaintiff's estate; therefore, without knowledge of who is the Executor of the Plaintiff's decedent estate no service of process has been attempted.

By: _____ agent

*Resigned as principle on 11/02/2023*
FOR: ANDREW M MILLER