Attachment A

LEAVE TO FILE
GRANTED
*Tanya S. Chutkan*
May 2, 2024

By: Andrew M.; Miller
℅ 2594 US Route 62
Dundee, [44624] Ohio Republic
Non-Domestic

## —NOTICE AND DEMAND—
### DECLARATION OF REPUDIATION OF CITIZENSHIP

TO: Anthony J Blinken As:
The SECRETARY OF STATE OF THE UNITED STATES
2201 C Street NW.
Washington, D.C. 20520          Registered Mail: RF515020858US

TO: Frank LaRose As:
The Ohio SECRETARY OF STATE
22 N Fourth St, FL 16
Columbus, Ohio 43215          Certified Mail: 7022 2241 0000 3140 5282 3

TO WHOM IT MAY CONCERN:

The purpose of this declaration and the attached AFFIDAVITS incorporated herein is to give you, your office, and your principles constructive LEGAL NOTICE of my election to:

1. **RESIGN** as the Registered Agent, Representative and Principal of ANDREW M MILLER, 06/19/1986 and registered with the STATE OF OHIO registered by WILLIAM J FRANKS on JUNE 30, 1986 registration #86-069449. This resignation is effective forthwith, immediately without delay.
2. **REVOKE ALL CONTRACTS** entered with agents or agencies of the government unknowingly and unintentionally waving rights for privileges or benefits, present or future.
3. **REVOKE** my signature or authorization on ALL contracts, documents or things in the possession, custody and / or control of either AGENT or PRINCIPLE.
4. **RESERVE ALL MY UNALIENABLE SOVEREIGN RIGHTS** by virtue of the Declaration of Independence (1776), the Treaty of Paris, the Articles of Confederation (1777), the Constitution for the united states of America, the Bill of Rights (1791) and 225 year of positive law;
5. **REPUDIATE** any presumed obligation to pay a fraudulent debt on a declared yet undisclosed State and federal bankruptcy implemented by foreign principles/creditors to overthrow the de jure republican government of the united states of America;
6. **REVEAL** the treason, high crimes and misdemeanors of elected and appointed agents, politicians, public officials, judges attorneys and police officers acting under "color of law," violating their oaths of office and allegiance to the Constitution for the united states of America, while acting knowingly and unknowingly as the express agents of foreign principles/creditors of the International Monetary Fund (IMF) and other foreign powers, knowingly seizing property from the American people for corporate government, the Federal Reserve System and international banking cartels;
7. **SUPPORT** my fellow Citizens, public officials and statesmen/women with the courage to stand up to this injustice and **RESTORE** the sovereign rights and property of all the people of the united states of America (including blacks, women, minorities and indigenous people), and the de jure government of the republic, a government of, by and for the people;

8. Exercise my natural right to **REMOVE MYSELF** from the jurisdiction of the federal, corporate United States as a U.S citizen and **REPATRIATE** as a sovereign American national and "state" Citizen and uphold the "separation of powers" doctrines.

9. **RESTORE and REINHABIT** a lawful, constitution, republican form of government with sovereignty vested in We the People, including a lawful money system tendered on the "payment," of gold/silver for debt, not debt-based Federal Reserve Notes (i.e., Corporate Notes of Undetermined Value).

This is **LEGAL NOTICE** to all elected, appointed or employed or employed officials including police officers, agents or representatives of the City, County, State and/or federal government, including corporations and attorneys. That you can no longer presume to act on my behalf or take ANY action without my consent, without **TRESPASS** upon my natural person or private property; That any action involving a citation or ticket, extortion, confiscation, impoundment or illegal search and seizure of my private property by a police officer or ANY other public servant or employee will be considered a willful act to deprive me of my constitutionally protected rights as an American National OR 'state" Citizen; That ANY action by a police officer, officer of the court, public servant or government official to assert unlawful authority under the "color of law" will be construed as a direct and willful violation of my constitutionally protected unalienable rights and prosecuted to the full extent of American law. (Title 42 §§ 1983, 1985, 1986 and/or Title 18 §§ 241,242)

I understand that such a **NOTICE** requires the **GROUNDS** which are set forth hereunder, attached hereto and incorporated herein as follows: That the Department of Justice its subsidiary State Departments of Justice, Administrative Tribunals & Courts, officers of the Court and its Principles/Agents have engaged in constructive fraud and misrepresentation, undue influence and/or concealment of facts by **NOT** fully informing me by withholding information and intentionally deceiving me and the American people about our lawful Citizenship and our unalienable rights, including but not limited to our unalienable right to travel; That no responsible or honest full disclosure occurred with **ANYONE** in any branch of government regarding the implications of unconscionable adhesion contracts entered into **BEFORE** or **AFTER** coming of legal age.

At the time of application for a "Birth Certificate," "Social Security Trust Account Number" and my first "Driver's License," I was incompetent by way of age to enter into any contract with an implied signature, consent or power of attorney to any individual, person or legal entity including my parents. Nor was disclosure ever made to my parents who made the original application on my behalf. I was **NOT** informed by **ANY** agent or responsible party in government at that time, or any time thereafter, nor when I came of legal age, that I was **NOT REQUIRED** to apply for and/or accept such a Number to obtain work in any occupation or profession of common right in the community.

I was not informed that application for and acceptance of such Number(s) or any other such License, Insurance, Benefit, Privilege, Franchise, would subject me to the jurisdiction of Admiralty/Maritime/Merchant/ International Law, and/or the Uniform Commercial Code, and/or the jurisdiction and authority of the Internal Revenue Code of 1954, the Buck Act of 1940, the Public Employees Salary Act of 1939 and all its predecessors including the 14th Amendment. Nor was I informed that application for and acceptance was an implied waiver of my sovereign American National OR "state" Citizenship, and unalienable sovereign rights bestowed on all freemen by virtue of the Declaration of Independence and the Bill of Rights. Had I been duly informed, I would **NOT** have made such application, nor would I have accepted such a Number, License, Insurance, Benefit, Privilege or Franchise.

I was not informed that my signature upon Form 1040 was a voluntary act to pay income tax that was intended exclusively by law for federal government employees and officers of the U.S. federal government and that Form 1040 was **ONLY** for the use of federal U.S. government employees and officers of the U.S. federal government. This was an incorrect form to report income for a sovereign American National or "state" Citizen foreign domiciled in any of the fifty states of the united States of America. Such an act was done under misrepresentation and/or under **THREAT DURESS** or **COERSION**, thus is **NULL** and **VOID**.

2

*Declaration of Repudiation of Citizenship*

This is also NOTICE that I have already REVOKED, RESCINDED, REPUDIATED, REJECTED and RELEASED the POWER OF APPOINTMENT of the Social Security Administration, making me no longer an instrument of the federal United States government corporation, and I am no longer eligible for their benefits or debts. Consider this also NOTICE of a RELEASE OF APPOINTMENT from the obligations and restrictions placed upon my person through the Social Security Administration via instrument known as the Social Security Number (SSN).

Therefore by the NOTICE and the attached AFFIDAVITS incorporated herein as prima facie evidence, I hereby REVOKE, CANCEL AND RENDER any and all implied signatures from Traffic Citations, Warrants, Court Judgments made by default, or any and all documents (e.g., warrants) and things which you or your Department/Administration/Agency may have in your possession, custody, and/or control which indicate, represent and/or imply any contract, quasi-contract, agreement, implied consent and/or power of attorney entered into unknowingly, unwillingly and unintentionally, NULL and VOID, Nunc Pro Tunc.

### SUPPORTING STATUTES — TITLE 25 USC § 1999

"Whereas the right of expatriation is a natural and inherent right of all people, indispensable to the enjoyment of the right of Life, Liberty, and the pursuit of happiness; and whereas in the recognition received emigrants from all nations and vested them with the rights of citizenship; and whereas it is claimed that such American citizens, with their descendants, are subjects of foreign states, owing allegiance to the governments thereof; and whereas it is necessary to the maintenance of the public peace that this claim of foreign allegiance should be promptly and finally disavowed: Therefore, any declaration, instruction, opinion, order or question the right of expatriation, is declared inconsistent with the fundamental principles of the Republic."

The Federal Government is a "state", Foreign State, a foreign country, or nation. The several States are considered "foreign" to each other except as regards their relations as common members of the Union. (Black's Law Dictionary, Sixth Edition, page 1407).
Congress identified these citizens of the "District of Columbia" as "individuals" or citizens who reside in the "United States" and who are subject to the direct control of Congress in its taxing and other municipal laws.

Both classes of Citizenship are not the same. Citizens of the Union States have the right of suffrage (right to vote); District citizens have no such right. Because you are not a United States citizen of Washington, D.C., or the territories and possessions, in relationship to the federal government, you are considered a NON-RESIDENT ALIEN or more appropriately known as an... American State National.

A nonresident alien is anyone who is neither a citizen nor a resident (alien) of the United States. Since the sovereign is not a "citizen of the United States" under the code (by virtue of the definition in the regulations), and since he does not fit the definition of a resident alien, by elimination, he must be a nonresident alien! The term "alien" must apply to the sovereign because he is alien to the status of subject citizen, and he does not fit the special definition of resident found in the 14th Amendment. It may also be said that, since the sovereign person does not live within the political jurisdiction of the United States, he is nonresident thereto.

Since one has always been a non-resident alien of the United States, also known as an American State National, it seems absurd that you would be required to prove it with rebuttal evidence, but that is exactly what you must do. The government and the courts are not going to let you easily out of the system that it took them so long to put in place to fund their criminal activity.

Therefore I, demand this affidavit be certified by the Secretary of State, as evidence of my Status as an American State National a passport correction be made to reflect such status and jurisdiction venue and returned to me.

### Conclusion

God save me, but the UNITED STATES government is no longer sufferable. I can tolerate its pernicious and predatory conduct no longer as a citizen of the UNITED STATES (Corporate fiction).

I hereby repudiate, rescind, renounce, and disavow any CITIZENSHIP status with the UNITED STATES GOVERNMENT that I may have inadvertently acquired, by any scheme, for the reasons detailed in the foregoing document. My birthright now be, re-secured as a member of the Sovereign Body of freemen and women known as Americans, American State Nationals. I hereby pledge my allegiance only to my God. I shall live by the commandment of "Love thy Neighbor" and shall "Do no Harm" in my private pursuit of life, liberty, and happiness.

**NOTICE to PRINCIPLES is NOTICE to AGENTS**
**NOTICE to AGENTS is NOTICE to PRINCIPLES**

Furthermore, I am REQUIRING you and your Department/Administration, Agency, Commission and/or Division, and/or Agents, Officers, and/or employees thereof, under the authority of the Ethics in Government Act (P.L. 96-103), the Freedom of Information Act and the Privacy Act (1974), that within thirty (30) days of your receipt of this NOTICE <u>all implied signatures, documents and things in your possession custody and control be purged from my files, my files destroyed, any reference to my file with my previous Social Security Trust Account Number be rendered NULL and VOID for any purpose whatsoever, and written response made directly to me reporting the TERMINATION of any contractual relations between us.</u>

Thank you for your attention to this matter and for your prompt and full compliance with the terms of the NOTICE. Your courtesy is appreciated.

Respectfully,

By: _____
Andrew M.; Miller, American State
National, proceeding Sui juris.

Seal:

Country of Ohio state/Republic   )
                                 ) Scilicet
Holmes county                    )

ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN On this __7__ day of __November__, A.D. 2023.

_____       Seal:        Crystal D Scheufler
Name of Notary                             Notary Public, State of Ohio
                                           My Commission
My commission expires: __3-15-2025__       Expires __3-15-2025__

Declaration of Repudiation of Citizenship