IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

LEAVE TO FILE
GRANTED
*Tanya S. Chutkan*
May 6, 2024

Date of this notice:  04-04-2024

Employer Identification Number:
99-6404590

Form:  SS-4

Number of this notice:  CP 575 B

ANDREW M MILLER ESTATE
ANDREW MILLER EX
43140 FOURTH ST NUM 671
CRANE, OR  97732

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 99-6404590. This EIN will identify your estate or trust. If you are not the applicant, please contact the individual who is handling the estate or trust for you. Please keep this notice in your permanent records.

Taxpayers request an EIN for their business. Some taxpayers receive CP575 notices when another person has stolen their identity and are opening a business using their information. If you did not apply for this EIN, please contact us at the phone number or address listed on the top of this notice.

When filing tax documents, making payments, or replying to any related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear-off stub and return it to us.

Based on the information received from you or your representative, you must file the following forms by the dates shown.

              Form 1041                      04/15/2024

If you have questions about the forms or the due dates shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, *Accounting Periods and Methods*.

We assigned you a tax classification (corporation, partnership, estate, trust, EPMF, etc.) based on information obtained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2020-1, 2020-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, *Entity Classification Election*. See Form 8832 and its instructions for additional information.

(IRS USE ONLY)      575B                    04-04-2024   MILL  B  9999999999  SS-4

IMPORTANT REMINDERS:

* Keep a copy of this notice in your permanent records. This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you. You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

* Provide future officers of your organization with a copy of this notice.

Your name control associated with this EIN is MILL. You will need to provide this information along with your EIN, if you file your returns electronically.

Safeguard your EIN by referring to Publication 4557, Safeguarding Taxpayer Data: A Guide for Your Business.

You can get any of the forms or publications mentioned in this letter by visiting our website at www.irs.gov/forms-pubs or by calling 800-TAX-FORM (800-829-3676).

If you have questions about your EIN, you can contact us at the phone number or address listed at the top of this notice. If you write, please tear off the stub at the bottom of this notice and include it with your letter.

Thank you for your cooperation.

                              Keep this part for your records.          CP 575 B (Rev. 7-2007)

----------------------------------------------------------------------------------------

Return this part with any correspondence
so we may identify your account. Please                                      CP 575 B
correct any errors in your name or address.
                                                                           9999999999

Your Telephone Number  Best Time to Call   DATE OF THIS NOTICE:  04-04-2024
(         )         -                      EMPLOYER IDENTIFICATION NUMBER:  99-6404590
_____    _____    FORM:    SS-4                  NOBOD


INTERNAL REVENUE SERVICE                   ANDREW M MILLER ESTATE
CINCINNATI   OH    45999-0023              ANDREW MILLER EX
|.|..|.|.|.|.|..|.|..|.|.|.|..||..||....|.|..||.|.|..|     43140 FOURTH ST NUM 671
                                           CRANE, OR  97732