ANDREW M MILLER DECEDENT ESTATE
2594 U.S. 62
DUNDEE, OHIO 44624

LEAVE TO FILE
**GRANTED**
*Tanya S. Chutkan*
May 6, 2024

# UNITED STATES DISTRICT COURT
### for the
## District Of Columbia

| | |
|---|---|
| UNITED STATES<br>Plaintiff,<br><br>v.<br><br>ANDREW MILLER<br>Defendant. | Case No. 1:24-cr-00164<br><br>MOTION TO STRIKE (FRCP12(f)) |

## MOTION TO STRIKE PLAINTIFF'S ORIGINAL COMPLAINT (FRCP 12(f))

**Expedited Hearing Requested**

In accordance with Federal Rule of Civil Procedure (FRCP) 12(f), the defendant moves the Court to strike the plaintiff's Original Complaint. This motion is made on the grounds that the prosecutor, who is purportedly acting as an agent of the plaintiff, has filed the motion under false pretenses. Specifically, the prosecutor has filed the motion under the color of law and has utilized a Power of Attorney

(POA) despite the fact that his/her Principal is dead and POA dies with Principal.

It is well-established in legal principles that a Power of Attorney terminates upon the death of the Principal. In this case, since the Principal is dead, any actions taken by the prosecutor purportedly under the authority of the Power of Attorney are legally invalid. Therefore, by filing the Complaint under the guise of a POA, the prosecutor is engaging in deceptive and fraudulent conduct.

By attempting to wield authority that he/she does not possess, the prosecutor is committing fraud on the Court. His/her actions not only misrepresent his/her legal standing but also undermine the integrity of the legal process and bring embarrassment to the entire judiciary. This fraudulent behavior must be addressed to ensure the fair and just resolution of the case.

Accordingly, the defendant urges the Court to exercise its discretion under FRCP 12(f) and strike the plaintiff's Complaint. Doing so will rectify the fraudulent submission made by the prosecutor and uphold the principles of justice and fairness within the legal system.

Defendant objects to the fraudulent appearance the prosecutor as an agent of a dead Principal; and, objects to any filings made by the prosecutor, past or present or future, as he/she has no authority to appear or represent a dead Principal in this Court.

**WHEREFORE,**

The defendant requests the Court to remind the prosecutor of the liability of an agent, emphasizing his/her legal responsibility for actions taken outside the scope of his/her authority. Specifically, the defendant points to Wex Law, which outlines the legal duties and responsibilities of agents acting on behalf of others, particularly in matters relating to estates:

### Durable Power Of Attorney

A durable power of attorney refers to a power of attorney which typically remains in effect until the death of the principal or until the document is revoked. A durable power of attorney, the durability of which must be explicitly stated, remains valid even in the event the principal is unable to make personal decisions due to incapacity. In the alternative, a "non-durable" power of attorney—one without a durability provision—ends in the event of the principal's incapacitation. Specific power of attorney laws vary by state.

[Last updated in January of 2022 by the Wex Definitions Team]

Agents are entrusted with specific duties and are obligated to operate within the boundaries of the authority granted to them. Any actions taken by an agent that exceeds this authorized scope can result in liability for any damage incurred as a result of such violations.

Defendant requests an order requiring the prosecutor to withdraw from this matter forthwith, immediately and without delay, and for sanctions to be placed on the prosecutor, on

the Court's own initiative, in the amount of $50,000.00 for his/her fraud upon the defendant and the Court.

Defendant request the Court to order the prosecutor to immediately stop acting on behalf of any decedent principal under the guise of POA, as he/she knows that a dead principal terminates a POA and his/her authority to act under a POA.

Defendant also request the Court to immediately issue a default judgment on its own initiative along with a default order, and that said Court Order grant all relief requested this Motion to Strike.

Dated this 24th day of April, 2024

By: _____ agent

*Resigned as principle on 11/02/2023*
FOR: ANDREW M MILLER