Leave to File
**GRANTED**
*Tanya S. Chutkan*
June 7, 2024

ANDREW M MILLER DECEDENT ESTATE
2594 U.S. 62
DUNDEE, OHIO 44624

# UNITED STATES DISTRICT COURT
### for the
## District Of Columbia

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| | ) CASE NO. 1:24-cr-00164-TSC |
| V. | ) |
| | ) |
| | ) |
| ANDREW M MILLER | ) |
| | ) |
| | ) |

TO: Honorable Court and Honorable Judge

When I Andrew; Miller specially visit your court on a forced response under duress to a Bill of Pains and Penalties issued by the Mathew Beckwith employed by the U.S. ATTORNEY'S OFFICE. I move this court and Judge, to take judicial notice that my special visitation was forced, that my visitation is special, and not general, since this notice is my timely and specific objection to the presumptions upon which a false conclusion of law has been made administratively with regard to my status before this court.

The plaintiff/claimant in this case is an administrative officer representing the corporate and de facto UNITED STATES, which has legislative power to compel performance upon the letter of its statutes and codes upon all persons subject

to its jurisdiction. The only due process that its legislative courts recognize is the right to be heard on the facts of the case.

The corporate plaintiff/claimant in this criminal action before this court has made an unproven conclusion of law that Andrew; Miller is among those persons who have lost, or otherwise abandoned, their status in the guaranteed "republican Form" of Government and who must perform under legislative power upon the exact letter of every legislative statute with no due process of law protection other than that outlined in paragraph two of this letter.

It is from this false Conclusion of Law that said the representative Mathew Beckwith issued the contested Bill of Pains and Penalties upon ANDREW MILLER

This court must take judicial Notice that Andrew; Miller an un-enfranchised Individual has made a contrary conclusion of law to that of plaintiff/claimant, Andrew; Miller claims his guaranteed, fundamental and unalienable rights stemming from both the National and State constitutions to full due process of law in all criminal actions against him, means he is subject only to judicial power, not legislative power. Said judicial power when exercised over him requires a corpus delicti or a damaged party who has sworn out a verified complaint against him. This is lacking in the criminal complaint against Andrew Miller brought on by plaintiff/claimant.

So, the unlawfully charged Andrew; Miller declares that his un-enfranchised status as a preamble American Citizen of the guaranteed "Republican form" of government known as The United States of America and inhabitant of Ohio that without a corpus delicti, no court judicial or legislative tribunal has a criminal jurisdiction over his private person or property.

Therefore, the accused specially visits before the law side of this court seeking its protection from the excess zeal of corporate plaintiff/claimant in this criminal action to prove its in rem and, or, in personam criminal jurisdiction over the accused to be a fact of law before this court and will take on the role of judging the facts of this legislative charge brought before you, unless you yourself are positioned as a party to the cause, I ask that you recuse yourself for conflict of interest. Your solemn Oath of Office compels nothing less from you.

Cordially Presented,

_[signature]_
Andrew; Miller in sui juris Capacity

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above First Amendment Petition for Abatement along with Statement of Facts, and Information was served to the Clerk of the Court using [the ECF system], which will send notification of such filing to all counsel of record. will send a true and correct copy to the following:

*U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA*
*Clerk of Court*
*333 CONSITUTION AVENUE N.W.*
*WASHINGTON D.C. 20001*

Dated this 6th day of June, 2024

*[signature]*

Andrew; Miller