Andrew; Miller
General Delivery
Dundee, Ohio
Ohio republic, non-Domestic

Leave to File
**GRANTED**
*Tanya S. Chutkan*
June 7, 2024

## —NOTICE AND DEMAND—

The purpose of this **NOTICE** and the attached **AFFIDAVITS** incorporated herein is to give you, your office, and your principles constructive **LEGAL NOTICE** of my election to rejects, rebut, and challenge the following presumptions:

1. **Public Record**
   This matter is to be on public record. The Presumption of Public Record is that any matter brought before a lower Courts is a matter for the public record when in fact it is presumed by the members of the private Bar Guild that the matter is a private Bar Guild business matter. Unless openly rebuked and rejected by stating clearly the matter is to be on the Public Record, the matter remains a private Bar Guild matter completely under private Bar Guild rules.

2. **Public Service**
   I hereby openly rebuke and reject that private Bar Guild members are legitimate public servants and therefore trustees under public oath, The Presumption of Public Service is that all the members of the Private Bar Guild who have all sworn a solemn secret absolute oath to their Guild then act as public agents of the Government, or public officials by making additional oaths of public office that openly and deliberately contradict their private superior oaths to their own Guild. Unless openly rebuked and rejected, the claim stands that these private Bar Guild members are legitimate public servants and therefore trustees under public oath.

3.. **Public Oath**
   I openly challenge the fact that private Guild Bar members have functioned under their public oath in contradiction of their Guild oath, therefore must recuse themselves as having a conflict of interest and cannot stand under public oath. The Presumption of Public Oath is that all members of the Private Bar Guild acting in the capacity of public officials who have sworn a solemn public oath remain bound by that oath and therefore bound to serve honestly, impartiality and fairly as dictated by their oath. Unless openly challenged and demanded, the presumption stands that the Private Bar Guild members have functioned under their public oath in contradiction to their Guild oath. If challenged, such individuals must recuse themselves as having a conflict of interest and cannot possibly stand under a public oath.

4. **Immunity**
   I hereby challenge all private Guild Bar members as public trustee and demand their oath of office. The Presumption of Immunity is that key members of the Private Bar Guild in the capacity of public officials acting as judges, prosecutors and magistrates who have sworn a solemn public oath in good faith are immune from personal claims of injury and liability. Unless openly challenged and their oath demanded, the presumption stands that the members of the Private Bar Guild as public trustees acting as judges, prosecutors and magistrates are immune from any personal accountability for their actions.

5. **Summons**
   Your offer to contract is hereby rejected and returned to you for closure and discharge The

Presumption of Summons is that by custom a summons unrebutted stands and therefore one who attends Court is presumed to accept a position (defendant, juror, witness) and jurisdiction of the court. Attendance to court is usually invitation by summons. Unless the summons is rejected and returned, with a copy of the rejection filed prior to choosing to visit or attend, jurisdiction and position as the accused and the existence of guilt stands.

6. **Custody**

The Presumption of Custody is that by custom a summons or warrant for arrest unrebutted stands and therefore one who attends Court is presumed to be a thing and therefore liable to be detained in custody by Custodians. [This includes the dead legal fiction non-human PERSON that corporate-governments rules and regulations are written for. *] Custodians may only lawfully hold custody of property and things, not flesh and blood soul possessing beings. Unless this presumption is openly challenged by rejection of summons and/or at court, the presumption stands you are a thing and property and therefore lawfully able to be kept in custody by custodians.

7. **Court of Guardians**

The Presumption of Court of Guardians is the presumption that as you may be listed as a resident of a ward of a local government area and have listed on your passport the letter P, you are a pauper and therefore under the Guardian powers of the government and its agents as a Court of Guardians. Unless this presumption is openly challenged to demonstrate you are both a general guardian and general executor of the matter (trust) before the court, the presumption stands and you are by default a pauper, and lunatic and therefore must obey the rules of the clerk of guardians (clerk of magistrate's court).

8. **Court of Trustees**

The Presumption of Court of Trustees is that members of the Private Bar Guild presume you accept the office of trustee as a public servant and government employee just by attending a Roman Court, as such Courts are always for public trustees by the rules of the Guild and the Roman System. Unless this presumption is openly challenged to state you are merely visiting by invitation to clear up the matter and you are not a government employee or public trustee in this instance, the presumption stands and is assumed as one of the most significant reasons to claim jurisdiction simply because you appeared.

9. **Dual Role**

The Presumption of Government acting in two roles as Executor and Beneficiary is that for the matter at hand, the Private Bar Guild appoint the judge/magistrate in the capacity of Executor while the Prosecutor acts in the capacity of Beneficiary of the trust for the current matter. Unless this presumption is openly challenged to demonstrate you are both a general guardian and general executor of the matter (trust) before the court, the presumption stands and you are by default the trustee, therefore must obey the rules of the executor (judge/magistrate).

10. **False Executor**

The Presumption of Executor De Son Tort is the presumption that if the accused does seek to assert their right as Executor and Beneficiary over their body, mind, and soul they are acting as an Executor De Son Tort or a false executor challenging the rightful judge as Executor. Therefore, the judge/magistrate assumes the role of true executor and has the right to have you arrested, detained, fined, or forced into a psychiatric evaluation. Unless this presumption is openly challenged by not only asserting one's position as Executor as well as questioning if the judge or magistrate is seeking to act as Executor De Son Tort, but the presumption also stands, and a judge or magistrate of the private Bar guild may seek to assistance of bailiffs or sheriffs to assert their false claim.

11. **Incompetence**

The Presumption of Incompetence is the presumption that you are at least ignorant of the law, therefore incompetent to present yourself and argue properly. Therefore, the judge/

magistrate as executor has the right to have you arrested, detained, fined, or forced into a psychiatric evaluation. Unless this presumption is openly challenged to the fact that you know your position as executor and beneficiary and actively rebuke and object to any contrary presumptions, then it stands by the time of pleading that you are incompetent then the judge or magistrate can do what they need to keep you obedient.

12. **Guilt**

The Presumption of Guilt is the presumption that as it is presumed to be a private business meeting of the Bar Guild, you are guilty whether you plead guilty, do not plead, or plead not guilty. Therefore, unless you either have previously prepared an affidavit of truth and motion to dismiss with extreme prejudice onto the public record or call a demurrer, then the presumption is you are guilty, and the private Bar Guild can hold you until a bond is prepared to guarantee the amount the guild wants to profit from you.

You have ten (10) days in which to rebut this affidavit, from receipt of this certified mail, UCC 1-204. A lack of response on your part means you assent to this affidavit and a fault, UCC 1-201(16) exists creating fraud through material mispresentation which vitiates all forms, contracts, agreements, etc. Expressed or implied from the beginning, UCC 1-103. From this date forward, the doctrine of "estoppel by acquiescence" will prevail.

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

SILENCE IS ACQUIESCENCE

Pursuant to Title 28, USC § 1746(1) and executed *"without the United States,"* I affirm under penalty of perjury *under the laws of the united states of America* that the foregoing is true and correct, to the best of my belief and informed knowledge. I now affix my autograph and official seal to all the above affirmations **with explicit reservation of all my unalienable rights, without prejudice to any of those rights.**

By: _____

Andrew; Miller, Authorized
Representative on behalf of

ANDREW MILLER©, Ens legis


ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN On this __6__ day of __June__, A.D. 2024, a live Man who identified himself as Andrew of the family Miller appeared before me, a Notary Public for the State of Ohio, and attested to the truth of this affidavit with his private Seal and Autograph.

_____
Name of Notary

My commission expires: __06/23/24__

ERIC MILLER
NOTARY PUBLIC, STATE OF OHIO
HOLMES COUNTY
My Comm. Expires June 23, 2024