

Leave to File
**GRANTED**
*Tanya S. Chutkan*
June 7, 2024

By: Andrew M.; Miller

℅ 2594 US Route 62

Dundee, [44624] Ohio Republic

Non-Domestic

# —AFFIDAVIT: of American National Status and Domicile—

*A private man's standing on the land, DECLARATION OF POLITICAL STATUS, this private man's standing on the land TERMINATES FROM its BEGINNING any PRESUMED statutory U.S. Citizen STATUS/FEDERAL EMPLOYMENT, AND RELINQUISHMENT OF SOCIAL SECURITY SS-5 signature. BASED ON NON-DISCLOSURE OF MATERIAL FACTS and DECEPTION THAT PRESUME this man standing on the land is A statutory LEGAL FICTION OF LAW IN A PRIVATE FOREIGN PRIMA FACIE MUNICIPAL Territory JURISDICTION KNOWN AS United States District of Columbia corporation citizen per the statutorily interpreted 14th amendment. CORPORATE MUNICIPAL TERRITORIAL PRIMA FACIE STATUTORY SCHEME OF POLITICAL AND COMMERCIAL ENTRAPMENT IN WANT as applied to me, BASED ON CONSTRUCTIVE FRAUD so DESIGNED TO TRESPASS ON this man's standing on the lands and UNALIENABLE RIGHTS TO LIFE, LIBERTY, PROPERTY AND PURSUIT OF HAPPINESS as THE POSTERITY OF OUR FOUNDING FATHERS PHILOSOPHY OF SELF GOVERNMENT and self-determination and the laws of God's contract with this man standing on the land in GENESIS 17.*

Let it be known, to all people and persons of interest that:

1. I, Andrew M.; of the family Miller being of sound mind and over the age of 18yr, a natural common law inhabitant of Ohio republic protected by the political body of the 1803 state constitution of Ohio, do so declare under Title 28 Section 1746-1 of the united States of America, to be known as an American National of the united States of America, non-domestic to District of Columbia domicile and private prima facie policies.

2. That due to Fraud, Coercion, disinformation and belief and legal presumptions all done without the relevant facts of disclosure by administrators of state and federal national government and others, I was prodded and compelled to appear frequently in a private prima facie international territorial municipal jurisdiction not of my choosing or knowing. This declaration of rebuttal, to make the record of truth of my political status of the united States of America to be known by all as a man on the land and not a statutory U.S. Corporate Citizen of District of Columbia, person, individual, subject to private prima facie international municipal territorial prima facie status by presumption: That my political

*affiliation, under my own free will, then for now, to be known as a common law American National of the united States of America 1781, according to the principles laid out in this affidavit is not intended for national expatriation, it is intended for renunciation of presumed statutory U.S. domestic Federal/ State corporate citizenship of the District of Columbia and the use of its commerce script known as the federal reserve note. I claim state inhabitant status at common law of the incorporated states of the United States of America 1781 per Article 4 Section 2.*

3. *My political affiliation is to be known as an American National under the Constitution for the united States of America 1781 per Article 4 Section 2 along with all states rights, privileges and immunities and as an inhabitant/common law citizen of Ohio.*

4. *As my political affiliation is that of an inhabitant of the United States of America, it is not to be confused, misinterpreted, suggested, or otherwise insinuate to be that of a statutory citizen of the United States per District of Columbia municipal prima facie private policies, as that separate political body is known by territorial private prima facie municipal law status of Congress and its agencies.*

5. *And further, my status not to be confused with the municipal territorial private prima facie laws status recognized under the Constitution of the United States or those statutory privileges authorized by Congress under federal municipal private prima facie territorial law status.*

6. *My unalienable rights emanate from God and we the people as so recognized under the Declaration of Independence 1781 and protected by the union states of the United States of America of 1781 per article 4 section 2.*

7. *In this declaration, I recues and resign the SSN license issued above to the rightful owners, being the United States territorial prima facie District of Columbia government private policies and hereby declare my unalienable remedies within the 50 states of the union in common law orientation and capacity as a man on the land, hereby Sui Juris, a man unsworn and unaligned, recues, resign all past and present legal orientation assumed by other presumptions of myself from the District of Columbia and all fictions, corporations, entities, etc.*

8. *This man on the land protest the use of private federal reserve notes based on the U.S. secret lien rights and deceptive nature of congress has allowed a constructive fraud and non-access to the people's money of gold and silver per article 1 section 10 of the U.S. Constitution; creating a liability undisclosed by its parties that trespasses by its uses and failure to disclose a foreign territorial municipal prima facie policy privilege rather than at law guaranteed protected rights public law of we the people of the united States of America gold and silver standards of the public money; not private international municipal script known as federal reserve notes.*

9. *The once great statesmen of our country designed a common law system for we the people to express our self-government and self-determination and pass it to our posterity; evil apostle of socialism have corrupted and blinded the peoples by sorceries' magic from long ago, ensnaring and corrupting the reality of individualism thus changing it into a non-reality; controlled by an evil prince and his believers' of greed, lust homosexuality, power, deception, drugs, make believe economy and a make belief of titles of nobility, and an aggregate of non-believer of the word of God bent on taking over the world by the new world order.*

*Affidavit: American National*                                                2

Title 28, U.S.C. F.R.C.P. 1746 (1)

Executed: The thirtieth day of the tenth month, in the year of our Lord and Savior, Jesus Christ, two thousand twenty-three, without the UNITED STATES, "I declare under penalty of perjury under the laws of the united States of America, that the foregoing is true and correct". With reservation of all my right, non-assumpsit.

Respectfully,



By:

Andrew M.; Miller, American State National, by Special Appearance, proceeding Sui Juris

Sworn, subscribed, sealed, and affirmed before me this __2__ day of November 2023.

Notary Public: Crystal D Scheufler
My commission expires: 3-15-2025

Crystal D Scheufler
Notary Public, State of Ohio
My Commission
Expires 3-15-2025

*Affidavit: American National*                    3