ANDREW M MILLER DECEDENT ESTATE

███████████

Leave to File
**GRANTED**
*Tanya S. Chutkan*
July 25, 2024

# UNITED STATES DISTRICT COURT
### for the
### District Of Columbia

| | |
|---|---|
| UNITED STATES | ) |
|  | ) |
|  | ) CASE NO. 1:24-cr-00164-TSC |
| V. | ) |
|  | ) |
|  | ) |
| ANDREW M MILLER | ) |
|  | ) |
|  | ) |

### MOTION FOR EXTENSION OF TIME

To the Honorable Court,

    I, Andrew; Miller/executor, respectfully moves this Honorable Court for an extension of time to meet with his standby attorney. In support of this motion, Defendants team states as follows:

1. I, Andrew; Miller, as executor along with support team is currently scheduled to meet with standby attorney after the scheduled hearing date on July 29, 2024

2. Due to unforeseen circumstances and scheduling conflicts, Defendants team has been unable to meet with standby attorney, to discuss the case.

3. Effective legal counsel is crucial to the defense of Defendant in this criminal matter, and it is imperative that Defendants team has adequate time to confer and strategize with counsel.

4. Defendants team respectfully requests an extension of time of two weeks to August 12, 2024 at 10:00 am to meet with standby attorney to ensure effective legal counsel in this case.

WHEREFORE, Andrew; Miller on behalf of Principle ANDREW MILLER respectfully requests that this Honorable Court grant an extension of time to meet with standby attorney.

Respectfully submitted,

By: _____
Executor for Defendant ANDREW MILLER©, Ens legis
All Rights Reserved

## CERTIFICATE OF SERVICE

I hereby certify that on 07/24/2024, I served a copy of this Certificate of Non-Response to the Clerk of Court through the court's [ECF filing system], which will send notification to all counsel of record.

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
*Clerk of Court*
333 CONSTITUTION AVENUE N.W.
WASHINGTON D.C. 20001

Dated this 24th day of July 2024

By: _____
Executor For: ANDREW MILLER
All Rights Reserved