## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:24-CR-00164 |
| Plaintiff, | : | |
| | : | JUDGE TANYA S. CHUTKAN |
| vs. | : | |
| ANDREW MILLER, | : | **REVISED NOTICE OF APPEARANCE** |
| Defendant. | : | |

Undersigned counsel, Alvaro L. DeCola, enters a Revised Notice of Appearance in the above-captioned case due to being appointed as defense counsel on behalf of the Defendant, Andrew Miller (Non-Docket Minute Entry, 8-15-2024). Please add Alvaro L. DeCola to the docket as counsel for Mr. Miller and continue to forward all Court notifications, correspondence and pleadings to the address listed below.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ Alvaro L. DeCola*
ALVARO L. DeCOLA
Assistant Federal Public Defender
Ohio Bar: 0087656
50 S. Main Street, Ste. 700
Akron, OH 44308
Phone 330-375-5739 Fax: 330-375-5738
E-mail: alvaro_decola@fd.org