CO 526 Rev. 5/2018



# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: __24 CR 164__
)
ANDREW MILLER )
)
)

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives their right to trial by jury.

_____, Andrew Miller
Defendant    All Unalienable rights reserved

_____ ALVARO DE GOLA
Counsel for Defendant

I consent:
_____
Assistant United States attorney

Approved:
_____   Date: __9/30/2024__
Tanya S. Chutkan
United States District Judge